AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 5:20MJ-49 |
| SALAAM MUHAMMAD a/k/a | ) |
| WAYNE D. ASKEW | ) |

*Defendant*

**FILED**
Vanessa L Armstrong, Clerk
Apr 14 2020
U.S. District Court
Western District of Kentucky

### CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of April 8, 2020 in the county of McCracken in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:

See *Affidavit in Support of Criminal Complaint*, incorporated as if fully set forth herein.

☒ Continued on the attached sheet

*[signature]*
Mark Watkins, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.*

Date: April 14, 2020

*[signature]*
Hon. Lanny King, Magistrate Judge

City and State: Paducah, Kentucky

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark Watkins, being first duly sworn, do hereby depose and state:

1. Your affiant, Mark Watkins, is a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and has been sworn since March 2019 in such capacity. Your affiant has approximately 12 years of law enforcement experience. Your affiant is charged with the responsibility for enforcement of Federal firearms laws in the Western District of Kentucky. Your affiant has not included every fact known to him concerning this investigation. Affiant has submitted only those facts and circumstances that affiant believes establishes probable cause. The following information is submitted in support of probable cause for the arrest of Salaam MUHAMMAD aka Wayne ASKEW.

2. On or about April 8, 2020, officers from the Paducah Police Department (PPD) responded to an address on H.C. Mathis Drive in Paducah, McCracken County, Kentucky, regarding a subject, reported to have a shotgun in his car, who was making threatening statements. The caller, John Doe # 1 [a person known to and identified by law enforcement personnel not named herein for reasons of safety], advised police dispatch that the subject driving the car was angry about a set of wheels and had made threatening statements to John Doe # 1. PPD Officers arrived on the scene and observed the vehicle attempting to leave. PPD Officer James Robbins blocked the vehicle from leaving and had the driver, later identified

identified at Salaam MUHAMMAD a/k/a Wayne D. Askew, step out of the vehicle. Officer Robbins located an AK-47 type assault rifle in the passenger seat of the vehicle. The rifle had a loaded magazine and a round in the chamber.

3. The initial caller, John Doe #1, arrived at the address and advised PPD officers that he had sold a set of wheels to Salaam MUHAMMAD for seven hundred ($ 700.00) dollars and MUHAMMAD wanted to return the wheels and John Doe # 1 would not take them back. MUHAMMAD texted John Doe # 1, "U a family man u got a wife a good job u got your studio…no threat…I just don't have nothing to lose…..I can die or go to jail…I'm ready for either one…"

4. The above address Paducah Police Department was dispatched to is the address of John Doe #1's studio. John Doe # 1 was not there at the time MUHAMMAD was parked there waiting for him to arrive.

5. PPD officers also interviewed John Doe # 2 [a person known to and identified by law enforcement personnel not named herein for reasons of safety] on April 8, 2020. John Doe # 2 stated that he contacted John Doe # 1 about a vehicle parked on the parking lot at the H.C. Mathis Drive address; John Doe # 1 then explained to John Doe # 2 that he had been threatened by Salaam MUHAMMAD. John Doe # 2 approached MUHAMMAD's vehicle; during their conversation, John Doe # 2 observed the rifle inside MUHAMMAD's vehicle. John Doe # 2 then reported this information back to John Doe # 1.

6. On or about April 13, 2020, Special Agent Kevin Cruce, ATF Bowling Green, was provided with photographs and description of the above-described firearm recovered from MUHAMMAD's vehicle, identified as a Norinco, Model: BWK-



92 Sporter, 5.56 X 45 caliber semiautomatic rifle bearing serial number: 307247. SA Cruce determined that the firearm was manufactured outside of Kentucky and has therefore traveled in interstate commerce.

7. On or about April 13, 2020, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Jamie Gordon spoke with United States Probation Officer Mark Walker. Mark Walker advised that the Salaam Muhammad a/k/a Wayne D. Askew arrested by the Paducah Police Department on April 8, 2020 is the same person he supervised on federal supervised release for Possession with Intent to Distribute 50 grams or more "Crack" Cocaine in case number 5:03-CR-17-R (WDKY).

8. It is believed that Salaam MUHAMMAD a/k/a Wayne ASKEW is a convicted felon. Your affiant was able to document the following conviction through court documents and/or Kentucky courtnet criminal history records:

   a. On or about June 26, 2003, in the United States District Court for the Western District of Kentucky at Paducah, in Case Number 5:03-CR-17-01-R, Wayne ASKEW a/k/a Salaam Muhammad was convicted of the offense of Possession with Intent to Distribute 50 grams or more "Crack" Cocaine, a Schedule II Controlled Substance, a felony offense;

   b. On or about December 18, 2000, in McCracken Circuit Court, McCracken County, Kentucky, in Case Number 00-CR-126, Wayne D. Askew was convicted of the offense of 1st Degree Possession of a Controlled Substance, Cocaine, 1st Offense, a felony offense; and

    c. On or about September 4, 1992, in McCracken Circuit Court, McCracken County, Kentucky, in Case Number 92-CR-30, Wayne D. Askew was convicted of the offense of 2nd Degree Assault, a felony offense.

THEREFORE, based upon the above, your Affiant has probable cause to believe that, on or about April 8, 2020, in the Western District of Kentucky, McCracken County, Kentucky, Salaam MUHAMMAD a/k/a Wayne D. ASKEW, knowingly possessed, in and affecting commerce, a Norinco, model BWK-92 Sporter, 5.56 X 45 caliber semiautomatic rifle bearing serial number 307247, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, as specified in paragraphs 8(a)-(c) above, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

_____
Mark Watkins, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

_____
HON. LANNY KING
UNITED STATES MAGISTRATE JUDGE
United States District Court
Western District of Kentucky

Date:  April 14, 2020